## UNITED STATES *versus* JAMES BARNARD

JOURNAL ENTRIES (1822): *Journal 3:* (1) Indictment presented *p. 284; (2) copy of indictment ordered furnished *p. 305; (3) motion for discharge *p. 321; (4) arraignment, plea, jury impaneled *p. 331; (5) juror summoned *p. 332; (6) witnesses sworn *p. 332; (7) interpreter sworn *p. 332; (8) adjournment, jury admonished *p. 332; (9) absent witness ordered attached, excused *p. 332; (10) witnesses sworn *p. 332; (11) constable sworn to attend jury *p. 333; (12) verdict, jury polled, prisoner discharged *p. 333; (13–16) attendance of witnesses proved *p. 333; (17) attendance of witness proved *p. 338.

PAPERS IN FILE: (1) Recognizance; (2) indictment; (3) capias sur indictment and return; (4) precipe for subpoena; (5) subpoena; (6) precipe for subpoena; (7–9) subpoenas; (10) attachment for George Dunham; (11) transcript of order for attachment; (13) panel of jurors.

## UNITED STATES *versus* GEORGE DOUGHTS

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Recognizance forfeited *p. 269; (2) recognitor called *p. 270; (3) indictment presented *p. 284; (4) scire facias against recognitor ordered issued *p. 325; (5) forfeiture of recognizance rescinded, continued *p. 377; (6) rule to bring body *p. 399; (7) recognitor exonerated *p. 401.

PAPERS IN FILE: [None]